

Keith Russell JUDD, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5132.

United States Court of Appeals,
Federal Circuit.

July 11, 2005.

Keith Russell Judd, pro se.

*ORDER*

Upon consideration of Keith Russell Judd's failure to pay the docketing fee required by Fed. Cir. R. 52 within the time permitted by the rules,

IT IS ORDERED THAT:

The appeal is dismissed.

Barton S. MANN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 05–3215.

United States Court of Appeals,
Federal Circuit.

July 11, 2005.

Barton S. Mann, Jr., pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Bernard S. BOROWSKI, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3212.

United States Court of Appeals,
Federal Circuit.

July 11, 2005.

Bernard S. Borowski, pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tony V. YANCEY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 05–3199.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Tony V. Yancey, pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Leonard R. KAHN.**

No. 04–1616.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Leonard R. Kahn, pro se.

ON MOTION

*ORDER*

Upon consideration of Leonard R. Kahn's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.*

(2) Each side shall bear its own costs.

**Jose D. SALZILLO, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 05–5129.

United States Court of Appeals, Federal Circuit.

July 12, 2005.

ORDER

The parties having so agreed, it is

---

* Kahn also "requests that all documents that have not previously been made public ... be placed under seal." All documents submitted by Kahn in this appeal have been made part of the public record. Thus, his request is moot.